ASOCIACION DE PRODUCTORES DE SALMON Y TRUCHA DE CHILE AG, Plaintiff–Appellant,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION, Defendant–Appellee,

and

Coalition For Fair Atlantic Salmon Trade, Defendant–Appellee.

No. 02–1297.

United States Court of Appeals, Federal Circuit.

DECIDED: June 27, 2002.

*ORDER*

Upon consideration of Asociacion de Productores de Salmon y Trucha de Chile AG's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

* Although the appellants request that their appeal be dismissed "without prejudice," it is

(1) The motion is granted.

(2) Each side shall bear its own costs.